FREDERICK MEAD, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD Co. et al., Appellants.

APPEAL from a judgment of the Equity Term.

*Evarts, Choate & Beaman* (*Joseph H. Choate, W. V. Rowe* and *T. T. Sherman,* of counsel), for respondent.

*Davies & Rapallo* (*Julien T. Davies, Brainard Tolles* and *J. C. Bushby,* of counsel), for appellants.

*Per Curiam.*   The awards herein are supported by a fair preponderance of evidence.   The learned trial judge seems to have followed correct principles of law in the trial and determination of the issues raised.   We have examined the case with care, and find no substantial reason for disturbing the decision of the court below.

The judgment appealed from is affirmed, with costs.

Present: FREEDMAN and GILDERSLEEVE, JJ.
Judgment affirmed, with costs.